UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

v.

RICHARD DAVIS

No. 26-CR-250 (JSR)

LAW STUDENT INTERN
APPEARANCE FORM

1. Law Student Certification

I certify that:

(a) I am duly enrolled in COLUMBIA LAW SCHOOL law school in accordance with part (3)(a) of the Plan for Student Practice of the Southern District of New York.

(b) I am receiving no compensation from the client in accordance with part (3)(f) of the Plan for Student Practice of the Southern District of New York.

(c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.

(d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

10/29/26
(date)

[signature]
(Signature of Student)

Jared Morel
(Print Name)

2. Certification of Law School Dean or Authorized Designee

I certify that this student:

(a) has completed at least two semesters of law school work and is a participant in an approved clinical program;

(b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and

(c) that MITCHELL SCHWARTZ, who will serve as supervising attorney, is a participant in a clinical program approved by this school.

10/27/~~2027~~ 2026
(date)

[signature]
(Signature of Dean or Authorized Designee)

Michelle Perez
(Print Name)

Exp. learning Program Administrator
(Position of Above)

3. Consent of Supervising Attorney

As a member of the bar of the United States District Court for the Southern District of New York, I will:

(a) assume personal professional responsibility for this student's work;
(b) assist this student to the extent necessary;
(c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
(d) appear with this student in all proceedings before the Court.

10/5/26 (date)

[signature] (Signature of Attorney)

MITCHELL SCHWARTZ (Print Name)

4. Consent of Client or United States Attorney

I authorize this student:

(a) to appear in court or at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

10-5-2026 (date)

[signature] (Signature of Attorney)

Richard Davis (Print Name)

(If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of Judge

I authorize this student:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

11/18/26 (date)

[signature] (Signature of Judge)

Jed S. Rakoff (Print Name)